**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6574**

JOHN JOSEPH MCPARTLIN,

       Plaintiff - Appellant,

    v.

ALTHEA ROACHE-MCDONALD, DMD-CDO Petersburg Correctional Complex; PATRICIA STANSBERRY, Warden, Petersburg Correctional Complex; MS. LEVISTER (JANE DOE), Assistant Warden, Petersburg Correctional Complex,

       Defendants – Appellees,

    and

ERNEST PONRAJ, DDS Petersburg Correctional Complex,

       Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:11-cv-00620-MSD-TEM)

Submitted: December 17, 2015    Decided: December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Joseph McPartlin, Appellant Pro Se. Virginia Lynn Van Valkenburg, Susan Lynn Watt, Assistant United States Attorneys,

Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Joseph McPartlin appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the court's subsequent order denying McPartlin's Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See McPartlin v. Roache-McDonald, No. 2:11-cv-00620-MSD-TEM (E.D. Va. Mar. 31, 2015 & Apr. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED